ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 MAR 26 PM 3:47

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DUNCAN STONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 312-091 |
| ) | |
| BRIAN OWENS, Commissioner, Georgia ) | |
| Department of Corrections, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 18). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the following of Plaintiff's claims are **DISMISSED**: his claim of deliberate indifference concerning medical treatment for his shoulder; his claim concerning the general conditions of his confinement; his claim of conspiracy; and his official capacity claims for monetary damages. Additionally, Defendants Owens and Hininger are **DISMISSED**.

SO ORDERED this 26th day of March, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE