ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 JUN 10 A 11: 01
CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| DUNCAN STONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 312-091 |
| | ) | |
| DR. MARK PEACOCK, Practicing Dentist | ) | |
| for Wheeler Correctional Facility, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** the motion for summary judgment, and **ENTERS** a final judgment in favor of Defendants Clark and Peacock.

SO ORDERED this _____ day of June, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE